MCGREGOR W. SCOTT
United States Attorney
PAUL A. HEMESATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>2019 MERCEDES-BENZ E63 AMG-S, VIN: WDDZF8KB8KA608709, CALIFORNIA LICENSE NUMBER 1UEV351,<br><br>APPROXIMATELY 0.041836 BITCOIN,<br><br>APPROXIMATELY 18.12902639 BITCOIN,<br><br>APPROXIMATELY 26.56443065 BITCOIN,<br><br>APPROXIMATELY $1,712,611.00 IN U.S. CURRENCY,<br><br>ONE (1) BITCOIN CASASCIUS COIN,<br><br>ONE (1) CANADIAN GOLD COIN,<br><br>ONE (1) AMERICAN EAGLE GOLD COIN,<br><br>ONE (1) CUMMINS ALLISON MONEY COUNTER,<br><br>APPROXIMATELY $3,050.00 SEIZED FROM LAMASSU BTM LOCATED AT 1301 MACARTHUR BOULEVARD, OAKLAND, CALIFORNIA,<br><br>APPROXIMATELY $51,590.00 SEIZED FROM LAMASSU BTM LOCATED AT 395 | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

BIRD AVENUE, SAN JOSE, CALIFORNIA,

APPROXIMATELY $2,475.00 SEIZED FROM LAMASSU BTM LOCATED AT 1310 BROADWAY, OAKLAND, CALIFORNIA,

APPROXIMATELY $1,945.00 SEIZED FROM LAMASSU BTM LOCATED AT 1305 N. BASCOM, SAN JOSE, CALIFORNIA,

APPROXIMATELY $20,090.00 SEIZED FROM LAMASSU BTM LOCATED AT 996 PINE STREET, SAN FRANCISCO, CALIFORNIA,

APPROXIMATELY $3,115.00 SEIZED FROM LAMASSU BTM LOCATED AT 25757 SOTO ROAD, HAYWARD, CALIFORNIA,

APPROXIMATELY $24,890.00 SEIZED FROM LAMASSU BTM LOCATED AT 1894 UNIVERSITY AVENUE, BERKELEY, CALIFORNIA,

APPROXIMATELY $3,800.00 SEIZED FROM LAMASSU BTM LOCATED AT 7500 COMMERCIAL BOULEVARD, COTATI, CALIFORNIA,

APPROXIMATELY $3,325.00 SEIZED FROM LAMASSU BTM LOCATED AT 14701 SAN PABLO AVENUE, SAN PABLO, CALIFORNIA,

APPROXIMATELY $3,785.00 SEIZED FROM LAMASSU BTM LOCATED AT 3210 BUSKIRK AVENUE, PLEASANT HILL, CALIFORNIA,

APPROXIMATELY $2,835.00 SEIZED FROM LAMASSU BTM LOCATED AT 605 CONTRA COSTA BOULEVARD, CONCORD, CALIFORNIA,

APPROXIMATELY $6,480.00 SEIZED FROM LAMASSU BTM LOCATED AT 860 ARDEN WAY, SACRAMENTO, CALIFORNIA,

APPROXIMATELY $22,660.00 SEIZED FROM LAMASSU BTM, LOCATED AT 1151 GALLERIA BOULEVARD, ROSEVILLE, CALIFORNIA,

|   |   |
|---|---|
| 1 | APPROXIMATELY $14,805.00 SEIZED FROM LAMASSU BTM LOCATED AT 5127 FRANKLIN BOULEVARD, SUITE 1, SACRAMENTO, CALIFORNIA, |
| 2 | |
| 3 | |
| 4 | APPROXIMATELY $10,340.00 SEIZED FROM LAMASSU BTM LOCATED AT 620 W. CHARTER WAY, STOCKTON, CALIFORNIA, |
| 5 | |
| 6 | APPROXIMATELY $6,010.00 SEIZED FROM LAMASSU BTM LOCATED AT 4709 FLORIN ROAD, SACRAMENTO, CALIFORNIA, |
| 7 | |
| 8 | |
| 9 | APPROXIMATELY $6,125.00 SEIZED FROM LAMASSU BTM LOCATED AT 2221 DEL PASO ROAD, SACRAMENTO, CALIFORNIA, |
| 10 | |
| 11 | APPROXIMATELY $130.00 SEIZED FROM LAMASSU BTM LOCATED AT 1744 N. TEXAS STREET, FAIRFIELD, CALIFORNIA, AND |
| 12 | |
| 13 | |
| 14 | APPROXIMATELY $5,915.00 SEIZED FROM LAMASSU BTM LOCATED AT 400 LINCOLN ROAD EAST, VALLEJO, CALIFORNIA, |
| 15 | |
| 16 | Defendants. |

It is hereby stipulated by and between the United States of America and potential claimants Rehan Alvi and Rubina Alvi ("claimants"), by and through their respective counsel as follows:

1. On or about November 26, 2019, the Homeland Security Investigations and Federal Bureau of Investigation seized the above-referenced defendant assets pursuant to Federal seizure warrants (hereafter collectively "defendant assets").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is April 17, 2020.

3. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 16, 2020, the time in which the United States is required to file a civil complaint for forfeiture against

the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

4. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to July 16, 2020.

Dated:   3/30/2020         McGREGOR W. SCOTT
                          United States Attorney

                    By:   /s/ Kevin C. Khasigian
                          KEVIN C. KHASIGIAN
                          Assistant U.S. Attorney

Dated:   3/20/2020         /s/ Thomas A. Johnson
                          THOMAS A. JOHNSON
                          Attorney for Potential Claimants
                          Rehan and Rubina Alvi

                          (Signatures authorized by email)

**IT IS SO ORDERED**.

Dated: _____         _____

                          United States District Judge